Opinion issued February 18, 2009

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-08-01000-CV






IN RE GEXA ENERGY, L.P., GEXA CORP., GEXA ENERGY HOLDINGS
L.L.C., AND FPLE ENERGY, L.L.C., Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


 Relators, Gexa Energy, L.P., Gexa Corp., Gexa Energy Holdings L.L.C., and
FPLE Energy, L.L.C. have moved to dismiss their petition for writ of mandamus, in
which they sought to compel the trial court to vacate its orders requiring disclosure
of the identities of potential class members and the sending of notice to those
potential class members. 

 We dismiss the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland. 

1. 
 --